UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDI GENDI, et al., | No. 2:22-cv-01809-DAD-AC |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE |
| OAK ROCK FINANCIAL, LLC, | |
| Defendant. | (Doc. Nos. 14, 16) |

On October 13, 2022, plaintiffs filed this civil action against defendant. (Doc. No. 1.) The Clerk of the Court entered default as to defendant because defendant was served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. No. 9.) On June 21, 2023, plaintiffs filed the pending motion for default judgment. (Doc. No. 14.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On June 23, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiffs' motion for default judgment be denied, without prejudice, because the motion was deficiently noticed and did not "contain the information or argument necessary for entry of default judgement." (Doc. No. 16.) The findings and recommendations provided that any objections thereto were to be filed within twenty-one (21) days. (*Id.* at 3.) To date, no objections have been filed and the time for doing so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 23, 2023 (Doc. No. 16) are adopted in full; and

2. Plaintiffs' motion for default judgment against defendant (Doc. No. 14) is denied, without prejudice.

IT IS SO ORDERED.

Dated:   **July 26, 2023**          _____
                                    UNITED STATES DISTRICT JUDGE