UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDI GENDI, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>OAK ROCK FINANCIAL, LLC,<br><br>   Defendant. | No. 2:22-cv-01809-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION FOR DEFAULT JUDGMENT, IN PART<br><br>(Doc. Nos. 19, 26) |

On October 13, 2022, plaintiffs Magdi Gendi and Maritherese Raid filed this civil action against defendant Oak Rock Financial, LLC. (Doc. No. 1.) The Clerk of the Court entered default as to defendant because it was served with the summons and complaint and did not file a timely answer, responsive pleading, or otherwise appear in this action. (Doc. Nos. 7, 9.) On November 3, 2023, plaintiffs filed the pending motion for default judgment. (Doc. No. 19.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On November 30, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be granted, in part. (Doc. No. 26.) Specifically, the magistrate judge recommended that the court enter declaratory judgment that: (i) "defendant Oak Rock Financial, LLC, is judicially estopped from enforcing the Deed of Trust recorded in Placer County as Document # 2009007328000 against plaintiffs'

1

1   interest in the real property commonly known as 5515 Parkford Circle, Granite Bay, CA"; (ii)
2   "Oak Rock Financial LLC's interest in the deed of trust is null and void"; and (iii) "the Deed of
3   Trust held by Oak Rock Financial, LLC, recorded in Placer County as Document #
4   2009007328000 against plaintiffs' interest in the real property commonly known as 5515
5   Parkford Circle, Granite Bay, CA is avoided. (*Id.* at 8.) The magistrate judge also recommended
6   that plaintiffs' request for an award of attorneys' fees as part of the judgment be denied. (*Id.*)
7   The findings and recommendations provided that any objections thereto were to be filed within
8   twenty-one (21) days. (*Id.*) To date, no objections have been filed and the time for doing so has
9   now passed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

   Accordingly:

   1. The findings and recommendations issued on November 30, 2023 (Doc. No. 26) are adopted in full;
   2. Plaintiffs' motion for default judgment against defendants (Doc. No. 19) is granted, in part, as follows;
       a. Default judgment is entered in favor of plaintiffs and against defendant on plaintiffs' claim for declaratory relief to quiet title on their home, related to a Deed of Trust held by defendant recorded in Placer County as Document # 2009007328000 against plaintiffs' interest in the real property commonly known as 5515 Parkford Circle, Granite Bay, CA;
       b. Declaratory judgment is entered as follows:
           i. Defendant Oak Rock Financial, LLC, is judicially estopped from enforcing the Deed of Trust recorded in Placer County as Document # 2009007328000 against plaintiffs' interest in the real property commonly known as 5515 Parkford Circle, Granite Bay, CA;

    ii. Defendant Oak Rock Financial LLC's interest in the deed of trust is null and void; and

    iii. The Deed of Trust held by Oak Rock Financial, LLC, recorded in Placer County as Document # 2009007328000 against plaintiffs' interest in the real property commonly known as 5515 Parkford Circle, Granite Bay, CA is avoided;

 c. Plaintiffs' request for an award of attorneys' fees is denied; and

 d. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 30, 2024**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3